# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-62008-BLOOM/Valle

YETI COOLERS, LLC,

      Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____

### SEALED ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** is before the Court upon Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Application for Temporary Restraining Order"), ECF No. [7]. The Court has carefully considered the Application for Temporary Restraining Order, the record in this case, and the applicable law, and is otherwise fully advised.

By the instant Application, Plaintiff, YETI Coolers, LLC ("Plaintiff"), moves *ex parte,* pursuant to 15 U.S.C. § 1116, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a), for entry of a temporary restraining order and an order restraining the financial accounts used by Defendants,[1] and upon expiration of the temporary restraining order, a preliminary injunction against Defendants, for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a). Because Plaintiff has satisfied the requirements for the issuance of a

---

[1] Defendants are the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants").

temporary restraining order, the Court grants Plaintiff's Application for Temporary Restraining Order.

1.   **FACTUAL BACKGROUND**[2]

Plaintiff, YETI Coolers, LLC, is the registered owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "YETI Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| YETI | 3,203,869 | January 30, 2007 | IC 021 – Portable coolers |
| TUNDRA | 4,083,930 | January 10, 2012 | IC 021 – Portable coolers |
| ROADIE | 4,083,932 | January 10, 2012 | IC 021 – Portable Coolers |
| YETI TANK | 4,818,317 | September 22, 2015 | IC 021 – Portable Coolers |

---

[2] The factual background is taken from the Plaintiff's Complaint, ECF No. [1]. Plaintiff's Application for Temporary Restraining Order, ECF No. [7], and supporting evidentiary submissions. Plaintiff filed declarations and exhibits annexed thereto in support of its Application for Temporary Restraining Order. The declarations are available in the docket at the following entries: Declaration of Jeni Zuercher, ECF No. [7-1], Declaration of Stephen M. Gaffigan, ECF No. [7-3], and Declaration of Kathleen Burns, ECF No. [7-6].

| | | | |
|---|---|---|---|
| RAMBLER | 4,998,897 | July 12, 2016 | IC 021 - Jugs |
| HOPPER FLIP | 5,171,380 | March 28, 2017 | IC 021 – Portable Coolers |
| HOPPER | 5,232,872 | June 27, 2017 | IC 021 – Portable coolers |
| RAMBLER | 5,233,441 | June 27, 2017 | IC 021 - Beverageware; cups; drinking glasses; tumblers for use as drinking vessels; jugs; mugs; temperature-retaining drinking vessels; storage containers for household or domestic use, namely, vacuum container for hot or cold food and drink; beer growlers; insulated food and drink containers; stainless steel tumblers for use as drinking vessels; stainless steel drinking glasses; stainless steel beverageware; drinking straws. |
| YETI HOPPER | 5,329,935 | November 7, 2017 | IC 021 – Portable coolers |
| YETI | 5,885,556 | October 15, 2019 | IC 016 – Lunch bags |
| TUNDRA HAUL | 5,886,316 | October 15, 2019 | IC 021 – Non-electric coolers |

| | | | |
|---|---|---|---|
| DAYTRIP | 5,893,053 | October 22, 2019 | IC 021 – Insulated lunch boxes; lunch boxes; lunch bags not of paper; insulated lunch bags not of paper; non-electric portable coolers |
| HOPPER BACKFLIP | 6,153,620 | September 15, 2020 | IC 021 – Non-electric portable coolers |
| FLIP | 6,200,636 | November 17, 2020 | IC 021 – Portable coolers |
| YETI | 6,211,352 | December 1, 2020 | IC 021 - Buckets; plastic buckets; industrial buckets; utility buckets; ranger buckets; fishing buckets; household containers for food and beverages; containers for household or kitchen use; plastic portable household cargo containers; portable non-electric water coolers; water dispensers; insulated water dispensers; portable beverage dispenser; handles specially adapted for beverageware |

*See* Declaration of Jeni Zuercher, ECF No. [7-1] at 4-5; ECF No. [1-2] (containing Certificates of Registrations for the YETI Marks at issue.) The YETI Marks are used in connection with the manufacture and distribution of quality goods in the categories identified above. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 4-5.

Defendants, by operating commercial Internet websites and a supporting domain under Defendants' respective domain names identified on Schedule "A" hereto (the "Subject Domain Names"), have advertised, promoted, offered for sale, or sold goods bearing and/or using what

Plaintiff has determined to be counterfeits, infringements, reproductions and/or colorable imitations of the YETI Marks. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 10-14; Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 2; Declaration of Kathleen Burns, ECF No. [7-6] at 4.

Although each Defendant may not copy and infringe each YETI Mark for each category of goods protected, Plaintiff has submitted sufficient evidence showing that each Defendant has infringed, at least, one or more of the YETI Marks. *See* Declaration of Zuercher, ECF No. [7-1] at 10-14. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the YETI Marks. *See* Declaration of Zuercher, ECF No. [7-1] at 10, 13-14.

Counsel for Plaintiff retained Invisible Inc. ("Invisible"), a licensed private investigative firm, to investigate the promotion and sale of counterfeit and infringing versions of YETI branded products by certain Defendants and to obtain the available payment account data for receipt of funds paid to these Defendants for the sale of counterfeit versions of YETI branded products. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 12; Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 2; Declaration of Kathleen Burns, ECF No. [7-6] at 3. Invisible accessed the Internet websites operating under the Subject Domain Names for Defendant Numbers 1-25 and placed orders via these Subject Domain Names for the purchase of various products, all bearing and/or using counterfeits and infringements of at least one of YETI's trademarks at issue in this action, and requested each product to be shipped to Invisible's address in the Southern District of Florida. *See* Declaration of Kathleen Burns, ECF No. [7-6] at 4 and Comp. Ex. 1 thereto, ECF No. [7-7]. Each order was processed entirely online and following the

placement of the orders, Invisible received information for finalizing payment[3] for the various products ordered via PayPal, Inc. ("PayPal") to Defendants' respective PayPal accounts, as identified on Schedule "A" hereto.[4] (*See id*.) Additionally, Invisible captured the PayPal Merchant Identification Numbers ("Merchant IDs") identified as part of the source code and account data for these Defendants. At the conclusion of the process, the detailed web pages Invisible captured and downloaded[5] reflecting the YETI branded products promoted and offered for sale via the Subject Domain Names were sent to YETI's representative, Jeni Zuercher, for inspection. *See* Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 2; Declaration of Jeni Zuercher, ECF No. [7-1] at 12.

Additionally, YETI accessed the Internet websites operating under Defendant Numbers 1-2, 6-7, 9-10, 16-17, 19-21's Subject Domain Names and placed an order for the purchase of a product bearing counterfeits of, at least, one of the YETI Marks at issue in this action from each of these Defendants. Each order was processed entirely online and following the placement of the orders, YETI captured the PayPal Merchant IDs and any additional e-mail address identified as part of the source code and account data for these Defendants, as identified on Schedule "A" attached hereto. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 11 and Comp. Ex. 1 thereto, ECF No. [7-2].

---

[3] Invisible was instructed not to transmit the funds to finalize the sale for the orders for most of the Defendants so as to avoid adding money to Defendants' coffers. *See* Declaration of Kathleen Burns, ECF No. [7-6] at 4, n.1.

[4] The customer service e-mail addresses identified for certain Defendants are also included in Schedule "A" hereto.  *See* Declaration of Kathleen Burns, ECF No. [7-6] at 4, n.2.

[5] The web pages captured and downloaded by Plaintiff's counsel's office, Stephen M. Gaffigan, P.A., identifying the customer service e-mail addresses for certain Defendants are included in Comp. Ex. 1 to the Declaration of Kathleen Burns, ECF No. [7-6] and identified on Schedule "A" hereto.

Further, Plaintiff's counsel accessed each of the commercial Internet websites operating under Defendant Numbers 26-60's Subject Domain Names and downloaded web pages reflecting the YETI branded products promoted and offered for sale via these Subject Domain Names and provided the same to YETI's representative, Jeni Zuercher, for inspection. *See* Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 3.

Plaintiff's representative conducted a review of the YETI branded goods offered for sale by Defendants via the Subject Domain Names by reviewing the Internet websites operating under the Subject Domain Names or the detailed web page captures thereof, and\or the website to which a certain domain name automatically redirects, and determined the products were not genuine versions of YETI's goods. *See* Declaration of Jeni Zuercher, ECF No. [7-1], at 13-14.

## II.   <u>LEGAL STANDARD</u>

To obtain a temporary restraining order, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case). Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition [and] (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1). *Ex parte* temporary restraining orders "should be restricted to serving

their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameda Cnty,* 415 U.S. 423, 439 (1974).

## III.   ANALYSIS

The declarations Plaintiff submitted in support of its Application for Temporary Restraining Order support the following conclusions of law:

A.      Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of goods bearing and/or using counterfeits, reproductions, or colorable imitations of the YETI Marks, and that the products Defendants are selling and promoting for sale are copies of Plaintiff's products that bear copies of the YETI Marks.

B.      Because of the infringement of the YETI Marks, Plaintiff is likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Complaint, Application for Temporary Restraining Order, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to the Plaintiff and to consumers before Defendants can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

1.      Defendants own or control commercial Internet websites operating under their Subject Domain Names which advertise, promote, offer for sale, and sell products bearing and/or using counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.      There is good cause to believe that more counterfeit and infringing products bearing and/or using Plaintiff's trademarks will appear in the marketplace; that

consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products; and

3.    There is good cause to believe that if Plaintiff proceeds on notice to the Defendants on this Application for Temporary Restraining Order, Defendants can easily and quickly transfer or modify domain registration data and content, change payment accounts, redirect consumer traffic to other domain names and transfer assets and ownership of the Subject Domain Names, thereby thwarting Plaintiff's ability to obtain meaningful relief.

C.    The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation, and its goodwill as a manufacturer and distributor of quality products, if such relief is not issued.

D.    The public interest favors issuance of the temporary restraining order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit products as Plaintiff's genuine goods.

E.    Under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing counterfeits and infringements of the YETI Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")).

F.    Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of

permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (citing *Federal Trade Comm'n v. United States Oil & Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)); and

G.     In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV.     <u>CONCLUSION</u>

Accordingly, after due consideration, it is **ORDERED AND ADJUDGED** that Plaintiff's Application for Temporary Restraining Order, **ECF No. [7]** is **GRANTED** as follows:

(1)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are temporarily restrained as follows:

> a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using the YETI Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by the Plaintiff; and
>
> b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by the Plaintiff, bearing and/or using the YETI Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the YETI Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

(2)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the YETI Marks or any confusingly

similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them, including the Internet websites operating under the Subject Domain Names;

(3)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the YETI Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet websites registered, owned, or operated by any Defendant, including the Internet websites operating under the Subject Domain Names;

(4)     Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this action, or until further order of the Court;

(5)     Each Defendant shall preserve copies of all computer files relating to the use of any of the Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names that may have been deleted before the entry of this Order;

(6)     Upon Plaintiff's request, the privacy protection service for any of the Subject Domain Names for which the registrant uses such privacy protection service to conceal the registrant's identity and contact information is ordered to disclose to Plaintiff the true identities and contact information of those registrants;

(7)     After Plaintiff's counsel has received confirmation from the financial institutions regarding the funds restrained as directed herein, Plaintiff shall provide a copy of the Order by e-

mail to the registrar of record for each of the Subject Domain Names. Upon receipt of the Order, the registrars of record for the Subject Domain Names shall immediately lock the Subject Domain Names; shall notify the registrant of record of the Order; and shall provide notice of the locking of the domain name to the registrant of record.   After providing such notice to the registrars so the domain names may be locked, Plaintiff shall also provide notice and a copy of this Order to the registrant for the Subject Domain Names via e-mail to the e-mail addresses provided as part of the domain registration data for the Subject Domain Names identified in the Application for Temporary Restraining Order. If an e-mail address was not provided as part of the domain registration data for a Subject Domain Name, Plaintiff shall provide notice and a copy of this Order to the operators of the Internet websites via an onsite e-mail address and/or online submission form provided on the Internet website operating under such Subject Domain Names. **Forty-eight (48) hours after e-mailing this Order to the registrars of record and the registrants,** Plaintiff shall provide a copy of this Order to the registrars and the registries for the Subject Domain Names for the purposes described in Paragraph 8, below;

(8)     The domain name registrars for the Subject Domain Names shall immediately assist in changing the registrar of record for the Subject Domain Names to a holding account with a registrar of Plaintiff's choosing (the "New Registrar"), excepting any such domain names which such registrars have been notified in writing by Plaintiff has been or will be dismissed from this action, or as to which Plaintiff has withdrawn its request to immediately transfer such domain names. To the extent the registrars do not assist in changing the registrars of record for the domains under their respective control within **one (1) business day** of receipt of this Order, the top-level domain (TLD) registries, for the Subject Domain Names, or their administrators, including backend registry operators or administrators, within **five (5) business days** of receipt

of this Order, shall change, or assist in changing, the registrars of record for the Subject Domain Names to a holding account with the New Registrar, excepting any such domain name which such registry has been notified in writing by Plaintiff has been or will be dismissed from this action, or as to which Plaintiff has withdrawn its request to immediately transfer such domain name. Upon the change of the registrars of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/yr6ain/index.html, whereon copies of the Complaint, this Order, and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, this Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change, the Subject Domain Names shall be placed on lock status by the New Registrar, preventing the modification or deletion of the domains by the New Registrar or Defendants;

(9)     Upon receipt of notice of this Order, the Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, Inc. ("PayPal"), and their related companies and affiliates shall (i) immediately identify and restrain all funds in all financial accounts and/or sub-accounts associated with the Internet websites operating under the Subject Domain Names, PayPal payees,

merchant identification numbers, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other related accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; and (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court;

(10)   Upon receipt of notice of this Order, the Defendants and all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, PayPal and their related companies and affiliates, shall further, within five business days of receiving this Order, provide Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, PayPal, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court;

(11)   This Order shall remain in effect until the ruling on Plaintiff's Motion for Preliminary Injunction, or until such further dates as set by the Court or stipulated to by the parties;

(12)   This Order shall apply to the Subject Domain Names, associated websites, and any other domain names, websites or financial accounts which are being used by the Defendants for the purpose of counterfeiting the YETI Marks and/or unfairly competing with Plaintiff;

(13)   Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

(14)   As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store dismissed from this action, or as to which Plaintiff has withdrawn its request for a temporary restraining order;

(15)   Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), the Plaintiff shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(16)   A **hearing** is set before this Court via **Zoom video conference** on **October 12, 2021, at 1:00 p.m.**, at which time the Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. The link to join is **https://www.zoomgov.com/j/1608306716?pwd=UmVrclRhUkJEWEhDZUdqZXpnZVFvdz 09**. Alternatively, the **Meeting ID is 160 830 6716,** and the **Passcode is 079391**.

(17)    After Plaintiff's counsel has received confirmation from the financial institutions regarding the funds restrained as directed herein, Plaintiff shall serve a copy of the Complaint, the Application for Temporary Restraining Order, and this Order on each Defendant by e-mail via their corresponding e-mail address and/or online contact form or other means of electronic contact provided on the Internet websites operating under the Subject Domain Names, or by providing a copy of this Order by e-mail to the registrar of record for each of the Subject Domain Names so that they, in turn, notify each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court.  In addition, Plaintiff shall post a copy of the Complaint, the Application for Temporary Restraining Order, this Order, and all other documents       filed       in       this       action       on       the       website       located       at http://servingnotice.com/yr6ain/index.html[6] and shall provide the address to the website to the Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to the Defendants by regularly updating the website located at http://servingnotice.com/yr6ain/index.html, or by other means reasonably calculated to give notice which is permitted by the Court;

(18)    Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the financial institutions, payment processors, banks, escrow services, and money transmitters, including but not limited to PayPal, and their related companies and

---

[6] In this Circuit, Rule 65 has been interpreted to require that a party have notice of the motion and hearing; perfecting service on a defendant is not a prerequisite to the entry of a preliminary injunction order. *See Corrigan Dispatch Co. v. Casa Guzman, S.A.*, 569 F.2d 300, 302 (5th Cir. 1978); *Diamond Crystal Brands, Inc. v. Wallace*, 531 F. Supp. 2d 1366, 1370-71 (N.D. Ga. 2008).

affiliates shall, at Plaintiff's request, provide Plaintiff's counsel with any e-mail address known to be associated with the Defendants' respective Subject Domain Names;

**(19)** **Any response or opposition** to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel forty-eight (48) hours prior to the hearing set for **October 12, 2021, at 1:00 p.m.**, and filed with the Court, along with Proof of Service. Plaintiff shall file any **Reply Memorandum** twenty-four (24) hours prior to the hearing set for **October 12, 2021, at 1:00 p.m.** The above dates may be revised upon stipulation by all parties and approval of this Court. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), The All Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and this Court's inherent authority.**

The Clerk shall file this Order under seal until further order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 28, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Case No. 21-cv-62008-BLOOM/Valle

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME,**
**MERCHANT ID, FINANCIAL ACCOUNT AND E-MAIL ADDRESS**

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 1 | yetidiscount.store | MERVINBAIR | HBKEDPFF3T2A4 | germaynepomona@gmail.com customerservice01@yetioutdoors.com |
| 1 | yetibox.store | | 4TGXGERQR3QQ8 | william1994zzw@gmail.com customerservice01@yetioutdoors.com |
| 1 | yetibrand.shop | MERVINBAIR | UCLDUMU6TZF3J | customerservice01@yetioutdoors.com |
| 1 | yeticooleronline.store | MERVINBAIR | | customerservice01@yetioutdoors.com |
| 1 | yeticoolersus.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetionline.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetionlinediscount.shop | MERVINBAIR | | customerservice01@yetioutdoors.com |
| 1 | yetioutdoorbox.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetioutdoors.online | MERVINBAIR | HBKEDPFF3T2A4 A48WJYRY69NTU | customerservice01@yetioutdoors.com |
| 1 | yetioutdoors.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetius.club | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 2 | trswme.com | Futeng llc Xiaoyue llc Qiliang llc | VPWXYV7U8VPUQ 9ZMHS844U3DEE Q85J6JJMK8T8C 6KP9NFJP3CL5Q | gbk5319263771@163.com coshamzhfopgf@gmail.com |
| 2 | aajon.com | Maozai llc YOUBAI LLC | TP4G6RNND7U9S GZTGBS9HLP9WS 3G8ZWE7PK6V8S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | aomcws.com | Weiban llc Wusan llc | 54SBLHJG6MC2A CUYSPTZYHL888 GW7NQZAJN2QNQ | coshamzhfopgf@gmail.com |
| 2 | aozsci.com | Yaoding llc | RWS9W8V9X8BPN 8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | bsolk.com | Maozai llc | TP4G6RNND7U9S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | dwbipe.com | Yaoding llc | RWS9W8V9X8BPN 8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | foybc.com | Xiyan llc | TWWF3V24GY93L 2NCRHK48N9YCE | coshamzhfopgf@gmail.com |
| 2 | ifvnf.com | Xiyan llc | TWWF3V24GY93L 2NCRHK48N9YCE | coshamzhfopgf@gmail.com |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 2 | narkbt.com | Maozai llc | TP4G6RNND7U9S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | ncdpz.com | Zhimeng llc | 2NCRHK48N9YCE 2NCRHK48N9YCE | coshamzhfopgf@gmail.com |
| 2 | nsbake.com | Maozai llc | TP4G6RNND7U9S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | obnqo.com | Xiyan llc | TWWF3V24GY93L 2NCRHK48N9YCE | coshamzhfopgf@gmail.com |
| 2 | ocaite.com | Yaoding llc | RWS9W8V9X8BPN 8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | ogpfj.com | Weiban llc | 54SBLHJG6MC2A GW7NQZAJN2QNQ | coshamzhfopgf@gmail.com |
| 2 | onceut.com | Weiban llc Wusan llc | 54SBLHJG6MC2A CUYSPTZYHL888 GW7NQZAJN2QNQ | coshamzhfopgf@gmail.com |
| 2 | otwnuc.com | Maozai llc YOUBAI LLC | TP4G6RNND7U9S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | ouecan.com | Xiaoyue llc Zezhi llc | Q85J6JJMK8T8C XWGY5NFECJE3U 9ZMHS844U3DEE | coshamzhfopgf@gmail.com |
| 2 | supoie.com | Xiyan llc Yaoding llc | TWWF3V24GY93L RWS9W8V9X8BPN 8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | toaskz.com | Xiyan llc | TWWF3V24GY93L 8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | ugfav.com | Maozai llc | TP4G6RNND7U9S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | wceisu.com | Xiyan llc | TWWF3V24GY93L 8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | wcumir.com | Maozai llc | TP4G6RNND7U9S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | wusoem.com | Weiban llc | 54SBLHJG6MC2A LP42WLXL6UUTC | coshamzhfopgf@gmail.com |
| 2 | yzxsi.com | Xiaoyue llc | Q85J6JJMK8T8C 9ZMHS844U3DEE | coshamzhfopgf@gmail.com |
| 2 | ziweps.com | Weiban llc | 54SBLHJG6MC2A LP42WLXL6UUTC | coshamzhfopgf@gmail.com |
| 2 | zmecuo.com | YOUBAI LLC | 3G8ZWE7PK6V8S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | zylqc.com | Songlian llc | YN9XXTVUYCSLQ 9ZMHS844U3DEE | coshamzhfopgf@gmail.com |
| 2 | xwtzt.com | Jinxiu llc 历城区端若百货店 | 4EREAZU7CJBJC 8FU8BHQ52G4E4 | coshamzhfopgf@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 2 | tncxib.com | Haoyu llc | XWKTHWGG3N3CE | coshamzhfopgf@gmail.com |
| 2 | eozas.com | LUONU LLC | 2EVDC7SBL6QQA | coshamzhfopgf@gmail.com |
| 2 | fnwkq.com | Yuji llc | YUKQ7UJX8VJEN | jiehan351197@163.com coshamzhfopgf@gmail.com |
| 3 | umtnx.com | Yuji llc | YUKQ7UJX8VJEN | nadagzhccz@gmail.com |
| 3 | knprvo.com | Chengfu llc | EKLAAFSH3VGTW | nadagzhccz@gmail.com |
| 4 | loven.shop | 北京故宫文化创意有限公司 | B78BFJ5P6752Q | Dar.Laval@mail.com Customerservice@teheh.com |
| 4 | lullriaby.com | | N69532YFNZABU | Miguelin.Mcask@mail.com Customerservice@teheh.com |
| 4 | moriling.shop | | N69532YFNZABU | Miguelin.Mcask@mail.com Customerservice@teheh.com |
| 4 | shevme.com | | CBVECY4ZNLP94 | GayleIgin@mail.com Customerservice@teheh.com |
| 4 | imaginetime.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com |
| 4 | live-oak.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com |
| 4 | long-view.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com |
| 4 | miraclelovely.com | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com |
| 4 | snipehappy.com | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com |
| 4 | your-love.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com |
| 4 | just-right.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com |
| 4 | paralovely.com | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com |
| 5 | yt.jicwo.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | DavidopScurlock@outlook.com Eatrading@hotmail.com |
| 5 | dteqpe.shop | | QKELYPN4VCPT2 | MihaelabnMorency@outlook.com Eatrading@hotmail.com |
| 5 | yt.hefiw.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | Eatrading@hotmail.com |
| 5 | yt.hywwn.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | Eatrading@hotmail.com |
| 5 | yt.smduu.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | Eatrading@hotmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 5 | sywzjb.shop | Tonggu Hui Xie Hua Department Store | LS9PSG7PHC6LE | Eatrading@hotmail.com |
| 5 | bkjtai.shop | Tonggu Hui Xie Hua Department Store | LS9PSG7PHC6LE | Eatrading@hotmail.com |
| 5 | wjrfxo.shop | Guangzhou Ailey Technology CoLTD | 3DBZMG4EAQ9H2 | Eatrading@hotmail.com |
| 6 | iwetnz.com | Dusi llc Naqi llc | C9JXKBMRCLVRG 9ZMHS844U3DEE 9S87WR96N34UN | mao95806123c@163.com geraldeuwagcz@gmail.com |
| 6 | mzucoe.com | Naqi llc | 9S87WR96N34UN 9ZMHS844U3DEE | geraldeuwagcz@gmail.com |
| 7 | mtaesn.com | Tianshi llc | NJ6HRLPMF6R7J VLQXT9C8CFJQC | bei1300018pin@163.com kaiwenrakayakb@gmail.com |
| 7 | nwhvp.com | 岳阳县侑迪百货店 | LCMJR8N3F7W2L 2AVUGMS9R9K5S | kaiwenrakayakb@gmail.com |
| 7 | rmskv.com | Chaoyue llc | 38YNPHGGHEVSY VLQXT9C8CFJQC | kaiwenrakayakb@gmail.com |
| 7 | losgv.com | 历城区端若百货店 Feishi llc | VTKMUDXUX5JYW | kaiwenrakayakb@gmail.com |
| 7 | okneb.com | Manyue llc | YXBWS3HCLDXTQ | kaiwenrakayakb@gmail.com |
| 8 | crush-you.shop | | CS9G6AGAFGYLN | Da.Lando@mail.com rhinoman1984@yahoo.com |
| 8 | dream-lover.shop | | CS9G6AGAFGYLN | Da.Lando@mail.com rhinoman1984@yahoo.com |
| 8 | sincerely-friends.shop | | CS9G6AGAFGYLN | Da.Lando@mail.com rhinoman1984@yahoo.com |
| 9 | yt.atknyi.shop | Shanghai Jiangxian Network Technology Co LTD | WTXYQRED7HRBU | ScottftPage@outlook.com |
| 9 | yt.rurxhv.shop | Shanghai Jiangxian Network Technology Co LTD | WTXYQRED7HRBU PPZNY49R26B5N | ScottftPage@outlook.com teresafsparzygnat@hotmail.com |
| 9 | yt.uomkhy.shop | Shanghai Jiangxian Network | WTXYQRED7HRBU | ScottftPage@outlook.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| | | Technology Co LTD | | |
| 9 | yt.xpivrh.shop | Shanghai Jiangxian Network Technology Co LTD | WTXYQRED7HRBU | ScottftPage@outlook.com |
| 10 | duoqea.com | NEIMENGGUSH LTD | YX92S3YFNFCPL YE9AZU2EX6BQY | greatsalept004@outlook.com |
| 10 | qucnc.com | SHAJIJIEJIE LTD | DY2Z2X3FZ5USG FP28DPC6RB6MU | greatsalept004@outlook.com |
| 11 | boudfd.shop | Zhenghui llc | PDJ38Z3W2K82L | |
| 12 | ncasls.shop | Zhenghui llc | PDJ38Z3W2K82L | |
| 13 | eootop.com | 海宁市丁桥镇秀凝服饰商行 | NNV2KKVBSN8QC | adkinsspencer969218@gmail.com creelwnsdkb@gmail.com |
| 14 | hasika.shop | Datong llc | GAENY3VR4MKVG | janetsmppq16@gmail.com |
| 15 | softkudos.com | 安徽方元电子商务有限公司 | PVJY6RH8MAFJE | 1440736896@qq.com musherovroma@gmail.com |
| 16 | ygonmall.com | | TQEZNH34JQ4X6 JNRMNJ54MNGQU | rotecthreioa@163.com zhangjunjiepo@126.com |
| 17 | avhonda.com | | JTG82R82Q4X32 | quvwd6858yat@163.com shoppingservice689@gmail.com daibudjhgf401@163.com |
| 18 | cconline.top | Online Store TANA HERNANDEZ | FGQAQ3VB6XYMU | kq70collinsrenata@gmail.com leonardnegative77893658@gmail.com notifications@ecwid.com |
| 19 | chgong.shop | Last day low price promotion | 8YABAPULMZLDC 2NHTGV8LZFWUG | watermanjohnsonhbh@gmail.com |
| 20 | moon.lay-tw.top | Leslie Marks | 4SRVQD43DKFX6 7BSBGXC7GJA4N | fisherjeremiah021@gmail.com stevenjeparker@outlook.com |
| 21 | teti-store.com | 3594 chemin Georges caitlyn miller Carly Backen Barry Chappell Theola Lee Kayoung Kate Yoo Peter Sampson Raneen Mazin Mona Lisa Belle Leong | S7L5R5SUQKSZ8 N4WG62PKRD7R6 QFYSHUV9FQ2LW Q2LFV7Q67NFQA SR2CASBAM6BB4 KQFK5XFTBJW6A G5DXGMXD8CZHJ 2A6FV37AWK46Y TBKYZSRY2Z3MU YY2K5ZTQUW5D2 XEPCKQP75SQD6 GXQKW38FWV9MA | keystesvlim@hotmail.com lecheecdm@hotmail.com stevenjeparker@outlook.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
|  | | Nadia Azmi Nanthini Soyabalu Christina Tan Suji Sujithra Azza Fatin Premalatha Murugan Cherry Viernes Kagn Khoia Brandon chua Valerie Taylor | 5ULSMR5YAQ948 FG4C9CZPGGYRU DHKYTD4CVB9RE RHAXGG7ZT5BNA SQKXMQ482NWXE LW3M3YG6YTNVJ 5ZP44HVNN39GY KMC3T7LSCK6XJ VGJGW32CDFJRN ZQVM2WXZP7LKL 7BSBGXC7GJA4N | |
| 22 | hasal.buzz | | TZX6FAPKH9FSY | Stormy-Stezhko@mail.com d4184820@sina.com CONTACT2@TOKJINYU.COM |
| 23 | tespecifut.com | TIANBO LLC | QBVJAHY2N3UJ6 | zyanawdanaisha@gmail.com |
| 24 | walmarrt.shop | Online Store / QUANG PHAM | UJGXE9UXXU3FN | otfjpirmsb@hotmail.com remov031679@gmail.com |
| 25 | wingzoi.com | Hubei Zhenying Electronic Technology Co., Ltd. | AWGGC622V84J6 | contact@cooluoso.com |
| 26 | poceters.tw | | | customer@serviceremail.com |
| 26 | yeticooler.store | | | customer@serviceremail.com |
| 26 | miniyeticooler.top | | | customer@serviceremail.com |
| 27 | outletyeti.com | | | SportWellDone@gmail.com |
| 28 | yetishoping.com | | | SportWellDone@gmail.com ADitallmallB@gmail.com |
| 28 | yetishopps.com | | | ADitallmallB@gmail.com SportWellDone@gmail.com |
| 29 | yetiecooler.com | | | |
| 29 | yeticoolerusa.com | | | |
| 30 | yetishopuk.com | | | customer@topvipservice.com |
| 31 | yetiuscoolers.com | | | |
| 32 | nayeti.top | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | nayetisales.site | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | nayetishopsilo.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | nayetisilo.club | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | usyeti.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeti.top | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticooler.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticooler.shop | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticooler.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticoolers.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticoolerss.cc | | | support@bazargeneral.com |
| 32 | usyetisales.site | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyetishop.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyetishops.site | | | contact2@tokjinyu.com support@servicelivework.com |
| 32 | usyetishops.top | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | yetiai.shop | | | contact2@tokjinyu.com |
| 32 | yeticooler.site | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersale.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersale.online | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersale.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersales.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersales.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolershop.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | yeticoolerssales.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolerssales.shop | | | contact2@tokjinyu.com support@servicelivework.com |
| 32 | yeticoolerssales.site | | | contact2@tokjinyu.com |
| 32 | yeticteeys.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiinsale.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiinstore.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetimx.shop | | | CONTACT2@TOKJINYU.COM |
| 32 | yetionlinee.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetionlinel.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetionlinett.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisale.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisalede.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisalelk.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisaler.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisaleus.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisaleus.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetishopti.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetishopto.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetistorell.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetistoretu.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisueusd.cc | | | contact2@tokjinyu.com support@servicelivework.com |
| 32 | yetitosale.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | yetitravel.top | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetitt.top | | | contact2@tokjinyu.com |
| 32 | yetiusale.online | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiusale.shop | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiuscooler.cc | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiuscoolers.cc | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiuscoolers.website | | | SUPPORT@BAZARGENERAL.COM<br>contact2@tokjinyu.com |
| 32 | yetiusonl.site | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiussales.online | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiussales.website | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiussaless.online | | | contact2@tokjinyu.com<br>SUPPORT@BAZARGENERAL.COM |
| 32 | yetiww.cc | | | contact2@tokjinyu.com<br>SUPPORT@SERVICELIVEWORK.COM |
| 32 | yetiyeti.shop | | | contact2@tokjinyu.com |
| 32 | yetiyeti.top | | | contact2@tokjinyu.com |
| 32 | yetiyour.cc | | | contact2@tokjinyu.com<br>SUPPORT@SERVICELIVEWORK.COM |
| 32 | yetiys.shop | | | contact2@tokjinyu.com |
| 32 | yetiyy.top | | | contact2@tokjinyu.com<br>SUPPORT@SERVICELIVEWORK.COM |
| 32 | yyetti.top | | | contact2@tokjinyu.com |
| 32 | bhjas.buzz | | | contact2@tokjinyu.com |
| 32 | boxshop.top | | | contact2@tokjinyu.com |
| 32 | fashbag.store | | | CONTACT2@TOKJINYU.COM |
| 32 | ferula.top | | | CONTACT2@TOKJINYU.COM |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | findli.top | | | contact2@tokjinyu.com |
| 32 | goupup.top | | | contact2@tokjinyu.com |
| 32 | homai.buzz | | | contact2@tokjinyu.com |
| 32 | jkwis.buzz | | | contact2@tokjinyu.com |
| 32 | kongzi.best | | | contact2@tokjinyu.com |
| 32 | laozi.shop | | | contact2@tokjinyu.com |
| 32 | luisr.top | | | contact2@tokjinyu.com |
| 32 | luxun.shop | | | contact2@tokjinyu.com |
| 32 | lywdas.top | | | contact2@tokjinyu.com |
| 32 | mountaim.top | | | contact2@tokjinyu.com |
| 32 | nuona.shop | | | contact2@tokjinyu.com |
| 32 | nzlis.buzz | | | contact2@tokjinyu.com |
| 32 | ousala.top | | | contact2@tokjinyu.com |
| 32 | outdoorcc.shop | | | contact2@tokjinyu.com |
| 32 | outdoorct.shop | | | contact2@tokjinyu.com |
| 32 | outdoormn.shop | | | CONTACT2@TOKJINYU.COM |
| 32 | outdoorpz.shop | | | contact2@tokjinyu.com |
| 32 | outdoorqv.shop | | | contact2@tokjinyu.com |
| 32 | outdoorts.shop | | | contact2@tokjinyu.com |
| 32 | outdoorxs.shop | | | contact2@tokjinyu.com |
| 32 | outdoorz.shop | | | contact2@tokjinyu.com |
| 32 | qassd.top | | | contact2@tokjinyu.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | uijsa.top | | | contact2@tokjinyu.com |
| 32 | usyiout.top | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | yeuaot.top | | | contact2@tokjinyu.com |
| 32 | yirsa.top | | | contact2@tokjinyu.com |
| 32 | yttrt.top | | | contact2@tokjinyu.com |
| 32 | nisaw.buzz | | | CONTACT2@TOKJINYU.COM |
| 33 | lfindmall.com | | | contact4@tokjinyu.com |
| 33 | lgirlmall.com | | | contact4@tokjinyu.com |
| 34 | ngsee.com | | | contact5@tokjinyu.com |
| 34 | dguaao.com | | | contact5@tokjinyu.com |
| 34 | ibotme.com | | | contact5@tokjinyu.com |
| 35 | azescb.com | | | coshamzhfopgf@gmail.com |
| 35 | bomswy.com | | | coshamzhfopgf@gmail.com |
| 35 | bteknv.com | | | coshamzhfopgf@gmail.com |
| 35 | dwgivo.com | | | coshamzhfopgf@gmail.com |
| 35 | ibaedm.com | | | coshamzhfopgf@gmail.com |
| 35 | iceknd.com | | | coshamzhfopgf@gmail.com |
| 35 | igumos.com | | | coshamzhfopgf@gmail.com |
| 35 | ikegcv.com | | | coshamzhfopgf@gmail.com |
| 35 | iunsw.com | | | coshamzhfopgf@gmail.com |
| 35 | izwcm.com | | | coshamzhfopgf@gmail.com |
| 35 | kzwdtm.com | | | coshamzhfopgf@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 35 | nmbczt.com | | | coshamzhfopgf@gmail.com |
| 35 | ocswmz.com | | | coshamzhfopgf@gmail.com |
| 35 | oifys.com | | | coshamzhfopgf@gmail.com |
| 35 | puzdr.com | | | coshamzhfopgf@gmail.com |
| 35 | temwsi.com | | | coshamzhfopgf@gmail.com |
| 35 | tkdoci.com | | | coshamzhfopgf@gmail.com |
| 35 | tnabke.com | | | coshamzhfopgf@gmail.com |
| 35 | treobn.com | | | coshamzhfopgf@gmail.com |
| 35 | tznio.com | | | coshamzhfopgf@gmail.com |
| 35 | vwgec.com | | | coshamzhfopgf@gmail.com |
| 35 | wbcasy.com | | | coshamzhfopgf@gmail.com |
| 35 | weikvu.com | | | coshamzhfopgf@gmail.com |
| 35 | wlnaq.com | | | coshamzhfopgf@gmail.com |
| 35 | xzuac.com | | | coshamzhfopgf@gmail.com |
| 35 | zmtuo.com | | | coshamzhfopgf@gmail.com |
| 35 | zrkwt.com | | | coshamzhfopgf@gmail.com |
| 35 | ztemyw.com | | | coshamzhfopgf@gmail.com |
| 36 | bikosw.com | | | kaiwenrakayakb@gmail.com |
| 36 | bzitva.com | | | kaiwenrakayakb@gmail.com |
| 36 | keysnb.com | | | kaiwenrakayakb@gmail.com |
| 36 | kzmwiu.com | | | kaiwenrakayakb@gmail.com |
| 36 | mzowsa.com | | | kaiwenrakayakb@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 36 | ybkoet.com | | | kaiwenrakayakb@gmail.com |
| 36 | wbomyt.com | | | kaiwenrakayakb@gmail.com |
| 37 | dwzumt.com | | | nadagzhccz@gmail.com |
| 37 | enmtw.com | | | nadagzhccz@gmail.com |
| 37 | hseyl.com | | | nadagzhccz@gmail.com |
| 37 | imwxe.com | | | nadagzhccz@gmail.com |
| 37 | kmnbts.com | | | nadagzhccz@gmail.com |
| 37 | mckabz.com | | | nadagzhccz@gmail.com |
| 37 | nozmwa.com | | | nadagzhccz@gmail.com |
| 37 | ogzwti.com | | | nadagzhccz@gmail.com |
| 37 | rkiys.com | | | nadagzhccz@gmail.com |
| 37 | smtnaw.com | | | nadagzhccz@gmail.com |
| 37 | swxtz.com | | | nadagzhccz@gmail.com |
| 38 | cotneb.com | | | sudworthuaetsda@gmail.com |
| 38 | eobtnz.com | | | sudworthuaetsda@gmail.com |
| 38 | meuxt.com | | | sudworthuaetsda@gmail.com |
| 38 | tvczkn.com | | | sudworthuaetsda@gmail.com |
| 38 | uateo.com | | | sudworthuaetsda@gmail.com |
| 38 | unokwm.com | | | sudworthuaetsda@gmail.com |
| 38 | uovktg.com | | | sudworthuaetsda@gmail.com |
| 38 | uwtvei.com | | | sudworthuaetsda@gmail.com |
| 38 | wfgvc.com | | | sudworthuaetsda@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 38 | zbwmea.com | | | sudworthuaetsda@gmail.com |
| 38 | zkditn.com | | | sudworthuaetsda@gmail.com |
| 39 | blueereen.com | | | zyanawdanaisha@gmail.com |
| 39 | dissmanne.com | | | zyanawdanaisha@gmail.com |
| 40 | outdoorb.shop | | | abuse@company.site; help@YETLus.com |
| 40 | outdoorkn.shop | | | ecommerce@YETLus.com help@YETlus.com |
| 40 | outdoorhm.shop | | | ecommerce@YETLus.com |
| 41 | all-love.shop | | | Customerservice@teheh.com |
| 42 | argsaret.com | | | jaidynterrenceupwv@gmail.com |
| 43 | coolerss.cc | | | |
| 44 | dylei.shop | | | |
| 45 | discountel.club | | | storeroomester.rp46652@gmail.com |
| 46 | fooutdoor.com | | | kiahjazara71@gmail.com |
| 47 | hibernier.com | | | |
| 48 | hywwn.shop | | | Eatrading@hotmail.com |
| 49 | jinchuan22.com | | | |
| 50 | mitduc.com | | | talangtvgch@gmail.com |
| 51 | nxbjyy.com | | | |
| 52 | outdoornc.shop | | | |
| 53 | salediscount.club | | | manelydfrans@gmail.com |
| 54 | shopifyy.site | | | |
| 55 | swoarey.com | | | contact@jadekick.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 56 | tikrb.top | | | buizoraidaoi85@gmail.com |
| 57 | tsun.run | | | service008@mjcontactforhelp.com service024@mjcontactforhelp.com |
| 58 | vdscxsd.xyz | | | 17056371591@163.com |
| 59 | watchatjoy.com | | | |
| 60 | watcheckle.com | | | |