UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62008-BLOOM/Valle

YETI COOLERS, LLC,

      Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## ORDER ON MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff YETI Coolers, LLC's ("Plaintiff")

Motion for Entry of Final Default Judgment Against Defendants, ECF No. [40] ("Motion"), filed

on December 17, 2021. A Clerk's Default was entered against Defendants on November 19,

2021, ECF No. [38], as Defendants failed to appear, answer, or otherwise plead to the Amended

Complaint, ECF No. [25], despite having been served. *See* ECF No. [33]. The Court has

carefully considered the Motion, the record in this case, the applicable law, and is otherwise fully

advised. For the following reasons, Plaintiff's Motion is **GRANTED**.

## I.  INTRODUCTION

Plaintiff sued Defendants for trademark counterfeiting and infringement under § 32 of the

Lanham Act, 15 U.S.C. § 1114; false designation of origin under § 43(a) of the Lanham Act, 15

U.S.C. § 1125(a); cybersquatting under § 43(a) of the Lanham Act, 15 U.S.C. § 1125(d);

common-law unfair competition; and common law trademark infringement. The Amended

Complaint alleges that Defendants are promoting, advertising, distributing, offering for sale and

selling goods bearing and/or using counterfeits and confusingly similar imitations of Plaintiff's registered trademarks within the Southern District of Florida by operating fully interactive commercial Internet websites and a supporting domain under the domain names set forth on Schedule "A" attached to Plaintiff's Motion for Entry of Final Default Judgment (the "Subject Domain Names"). *See* ECF No. [40], at 19–34.

Plaintiff further asserts that Defendants' unlawful activities have caused and will continue to cause irreparable injury to Plaintiff because Defendants have (1) deprived Plaintiff of its rights to determine the manner in which its trademarks are presented to the public through merchandising; (2) defrauded the public into thinking Defendants' goods are goods authorized by Plaintiff; (3) deceived the public as to Plaintiff's association with Defendants' goods and the websites that market and sell the goods; and (4) wrongfully traded and capitalized on Plaintiff's reputation and goodwill, as well as the commercial value of Plaintiff's trademarks.

In its Motion, Plaintiff seeks the entry of default final judgment against Defendants[1] in an action alleging trademark counterfeiting and infringement, false designation of origin, cybersquatting, common law unfair competition, and common law trademark infringement. Plaintiff further requests that the Court (1) enjoin Defendants from producing or selling goods that infringe its trademarks; (2) cancel, or at Plaintiff's election, transfer the domain names at issue to Plaintiff; (3) assign all rights, title and interest to the Subject Domain Names to Plaintiff and permanently delist or deindex the domain names from any Internet search engines, and (4) award statutory damages.

Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court is authorized to enter a final judgment of default against a party who has failed to plead in response to a complaint. "[A]

---

[1] Defendants are the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" of Plaintiff's Motion, and Schedule "A" of this Order. *See* ECF No. [40] at 19–34.

defendant's default does not in itself warrant the court entering a default judgment." *DirecTV, Inc. v. Huynh,* 318 F. Supp. 2d 1122, 1127 (M.D. Ala. 2004) (quoting *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975)). Granting a motion for default judgment is within the trial court's discretion. *Nishimatsu*, 515 F.2d at 1206. Because the defendant is not held to admit facts that are not well pleaded or to admit conclusions of law, the court must first determine whether there is a sufficient basis in the pleading for the judgment to be entered. *See id.; see also Buchanan v. Bowman,* 820 F.2d 359, 361 (11th Cir. 1987) ("[L]iability is well-pled in the complaint and is therefore established by the entry of default."). Upon a review of Plaintiff's submissions, it appears there is a sufficient basis in the pleading for the default judgment to be entered in favor of Plaintiff.

## II. FACTUAL BACKGROUND[2]

Plaintiff is the owner of all rights in and to the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively, the "YETI Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| YETI | 3,203,869 | January 30, 2007 | IC 021 – Portable coolers |
| TUNDRA | 4,083,930 | January 10, 2012 | IC 021 – Portable coolers |

---

[2] The factual background is taken from Plaintiff's Amended Complaint, ECF No. [25], Plaintiff's Motion for Entry of Final Default Judgment Against Defendants, ECF No. [40], and supporting evidentiary submissions.

| ROADIE | 4,083,932 | January 10, 2012 | IC 021 – Portable Coolers |
|---|---|---|---|
| YETI TANK | 4,818,317 | September 22, 2015 | IC 021 – Portable Coolers |
| RAMBLER | 4,998,897 | July 12, 2016 | IC 021 - Jugs |
| HOPPER FLIP | 5,171,380 | March 28, 2017 | IC 021 – Portable Coolers |
| HOPPER | 5,232,872 | June 27, 2017 | IC 021 – Portable coolers |
| RAMBLER | 5,233,441 | June 27, 2017 | IC 021 - Beverageware; cups; drinking glasses; tumblers for use as drinking vessels; jugs; mugs; temperature-retaining drinking vessels; storage containers for household or domestic use, namely, vacuum container for hot or cold food and drink; beer growlers; insulated food and drink containers; stainless steel tumblers for use as drinking vessels; stainless steel drinking glasses; stainless steel beverageware; drinking straws. |
| YETI HOPPER | 5,329,935 | November 7, 2017 | IC 021 – Portable coolers |

| YETI | 5,885,556 | October 15, 2019 | IC 016 – Lunch bags |
|---|---|---|---|
| TUNDRA HAUL | 5,886,316 | October 15, 2019 | IC 021 – Non-electric coolers |
| DAYTRIP | 5,893,053 | October 22, 2019 | IC 021 – Insulated lunch boxes; lunch boxes; lunch bags not of paper; insulated lunch bags not of paper; non-electric portable coolers |
| HOPPER BACKFLIP | 6,153,620 | September 15, 2020 | IC 021 – Non-electric portable coolers |
| FLIP | 6,200,636 | November 17, 2020 | IC 021 – Portable coolers |
| YETI | 6,211,352 | December 1, 2020 | IC 021 - Buckets; plastic buckets; industrial buckets; utility buckets; ranger buckets; fishing buckets; household containers for food and beverages; containers for household or kitchen use; plastic portable household cargo containers; portable non-electric water coolers; water dispensers; insulated water dispensers; portable beverage dispenser; handles specially adapted for beverageware |

*See* Declaration of Jeni Zuercher, ECF No. [7-1] at 4–5; ECF No. [25-1] (containing Certificates of Registrations for the YETI Marks at issue.) The YETI Marks are used in connection with the

manufacture and distribution of quality goods in the categories identified above. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 4–5.

Defendants, by operating commercial Internet websites and a supporting domain[3] under Defendants' respective domain names identified on Schedule "A" hereto (the "Subject Domain Names"), have advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiff has determined to be counterfeits, infringements, reproductions and/or colorable imitations of the YETI Marks. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 10–14; Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 2; Declaration of Kathleen Burns, ECF No. [7-7] at 4.

Although each Defendant may not copy and infringe each YETI Mark for each category of goods protected, Plaintiff has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the YETI Marks. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 10–14. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the YETI Marks. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 10, 13–14.

Counsel for Plaintiff retained Invisible Inc ("Invisible"), a licensed private investigative firm, to investigate the promotion and sale of counterfeit and infringing versions of YETI branded products by certain Defendants and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit versions of Plaintiff's branded products. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 12; Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 2; Declaration of Kathleen Burns, ECF No. [7-7] at 3. Invisible

---

[3] A certain Defendant uses its Subject Domain Name to act as supporting domain name to direct traffic to its fully interactive, commercial website operating under another Subject Domain Name, from which consumers can complete purchases. *See* Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 3 n.3 and Ex. 1 thereto.

accessed the Internet websites operating under the Subject Domain Names for Defendant Numbers 1-25 and placed orders via these Subject Domain Names for the purchase of various products, all bearing and/or using counterfeits and infringements of at least one of Plaintiff's trademarks at issue in this action and requested each product to be shipped to Invisible's address in the Southern District of Florida. *See* Declaration of Kathleen Burns, ECF No. [7-7] at 4 and Comp. Ex. 1 thereto, ECF Nos. [7-8 through 7-9]. Each order was processed entirely online and following the placement of the orders, Invisible received information for finalizing payment[4] for the various products ordered via PayPal, Inc. ("PayPal") to Defendants' respective PayPal accounts, as identified on Schedule "A" hereto.[5] (*See id.*) Additionally, Invisible captured the PayPal Merchant Identification Numbers ("Merchant IDs") identified as part of the source code and account data for these Defendants. At the conclusion of the process, the detailed web pages Invisible captured and downloaded[6] reflecting the YETI branded products promoted and offered for sale via the Subject Domain Names were sent to Plaintiff's representative, Jeni Zuercher, for inspection. *See* Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 2; Declaration of Jeni Zuercher, ECF No. [7-1] at 12.

Additionally, Plaintiff accessed the Internet websites operating under Defendant Numbers 1–2, 6-7, 9–10, 16–17, 19–21's Subject Domain Names and placed an order for the purchase of a product bearing counterfeits of, at least, one of the YETI Marks at issue in this action from each

---

[4] Invisible was instructed to not transmit the funds to finalize the sale for the orders for most of the Defendants so as to avoid adding money to Defendants' coffers. *See* Declaration of Kathleen Burns, ECF No. [7-7] at 4 n.1.

[5] The customer service e-mail addresses identified for certain Defendants are also included in Schedule "A" hereto. *See* Declaration of Kathleen Burns, ECF No. [7-7] at 4, n.2.

[6] The web pages captured and downloaded by Plaintiff's counsel's office, Stephen M. Gaffigan, P.A., identifying the customer service e-mail addresses for certain Defendants are included in Comp. Ex. 1 to the Declaration of Kathleen Burns, ECF Nos. [7-8 through 7-9] and identified on Schedule "A" hereto.

of these Defendants. Each order was processed entirely online and following the placement of the orders, Plaintiff captured the PayPal Merchant IDs and any additional e-mail address identified as part of the source code and account data for these Defendants, as identified on Schedule "A" attached hereto. *See* Declaration of Jeni Zuercher, ECF No. [7-1] at 11 and Comp. Ex. 1 thereto, ECF No. [7-2].

Further, Plaintiff's counsel accessed each of the commercial Internet websites operating under Defendant Numbers 26-60's Subject Domain Names and downloaded web pages reflecting the YETI branded products promoted and offered for sale via these Subject Domain Names and provided the same to Plaintiff's representative, Jeni Zuercher, for inspection. *See* Declaration of Stephen M. Gaffigan, ECF No. [7-3] at 3.

Plaintiff's representative conducted a review of the YETI branded goods offered for sale by Defendants via the Subject Domain Names by reviewing the Internet websites operating under the Subject Domain Names or the detailed web page captures thereof, and/or the website to which a certain domain name automatically redirects, and determined the products were not genuine versions of Plaintiff's goods. *See* Declaration of Jeni Zuercher, ECF No. [7-1], at 13-14.

### III. ANALYSIS

#### A. Claims

##### *1. Trademark Counterfeiting and Infringement Under 15 U.S.C. § 1114 (Count I)*

Section 32 of the Lanham Act, 15 U.S.C. § 1114, provides liability for trademark infringement if, without the consent of the registrant, a defendant uses "in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark: which is likely to cause confusion, or to cause mistake, or to deceive." 15 U.S.C. § 1114. In order to prevail on its trademark infringement claim under Section 32 of the Lanham Act, Plaintiff must demonstrate

that (1) it had prior rights to the mark at issue; and (2) Defendants adopted a mark or name that was the same, or confusingly similar to Plaintiff's trademark, such that consumers were likely to confuse the two. *Planetary Motion, Inc. v. Techsplosion, Inc.*, 261 F.3d 1188, 1193 (11th Cir. 2001) (citing *Lone Star Steakhouse & Saloon, Inc. v. Longhorn Steaks, Inc.*, 106 F.3d 355, 360 (11th Cir. 1997)).

### 2. *False Designation of Origin Under 15 U.S.C. § 1125(a) (Count II)*

To prevail on a claim for false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), Plaintiff must prove that Defendants used in commerce, in connection with any goods or services, any word, term, name, symbol or device, or any combination thereof, or any false designation of origin that is likely to deceive as to the affiliation, connection, or association of Defendants with Plaintiff, or as to the origin, sponsorship, or approval, of Defendants' goods by Plaintiff. *See* 15 U.S.C. § 1125(a)(1). The test for liability for false designation of origin under 15 U.S.C. § 1125(a) is the same as for a trademark counterfeiting and infringement claim—i.e., whether the public is likely to be deceived or confused by the similarity of the marks at issue. *See Two Pesos, Inc. v. Taco Cabana, Inc.,* 505 U.S. 763, 780 (1992).

### 3. *Cybersquatting Under 15 U.S.C. § 1125(d) (Count III)*

The Anti-cybersquatting Consumer Protection Act ("ACPA") protects the owner of a distinctive or famous trademark from another's bad faith intent to profit from the trademark owner's mark by registering or using a domain name that is identical or confusingly similar to, or dilutive of, the trademark owner's mark without regard to the goods or services of the parties. *See* 15 U.S.C. § 1125(d). "To prevail under the ACPA, a plaintiff must prove that (1) its mark is distinctive or famous and entitled to protection; (2) the defendant's domain name is identical or confusingly similar to the plaintiff's mark; and (3) the defendant registered or used the domain

name with a bad faith intent to profit." *Bavaro Palace, S.A. v. Vacation Tours, Inc.*, 203 F. App'x

252, 256 (11th Cir. 2006) (citing *Shields v. Zuccarini*, 254 F.3d 476, 482 (3d Cir. 2001)).

### 4. *Common-Law Unfair Competition and Trademark Infringement (Counts IV and V)*

Whether a defendant's use of a plaintiff's trademarks created a likelihood of confusion

between the plaintiff's and the defendant's products is also the determining factor in the analysis

of unfair competition under Florida common law. *Rolex Watch U.S.A., Inc. v. Forrester*, No. 83-

8381-CIV-PAINE, 1986 WL 15668, at *3 (S.D. Fla. Dec. 9, 1986) ("The appropriate test for

determining whether there is a likelihood of confusion, and thus trademark infringement, false

designation of origin, and unfair competition under the common law of Florida, is set forth in

*John H. Harland, Inc. v. Clarke Checks, Inc.*, 711 F.2d 966, 972 (11th Cir. 1983)")."; *see also*

*Boston Prof'l Hockey Ass'n, Inc. v. Dallas Cap & Emblem Mfg., Inc.*, 510 F.2d 1004, 1010 (5th

Cir. 1975) ("As a general rule . . . the same facts which would support an action for trademark

infringement would also support an action for unfair competition.").

The analysis of liability for Florida common law trademark infringement is the same as

the analysis of liability for trademark infringement under § 32(a) of the Lanham Act. *See PetMed*

*Express, Inc. v. MedPets.com, Inc.*, 336 F. Supp. 2d 1213, 1217–18 (S.D. Fla. 2004).

### B.  Liability

The well-pled factual allegations of Plaintiff's Amended Complaint properly allege the

elements for each of the claims described above. *See* ECF No. [25]. Moreover, the factual

allegations in Plaintiff's Amended Complaint have been substantiated by sworn declarations and

other evidence and establish Defendants' liability under each of the claims asserted in the

Amended Complaint. Accordingly, default judgment pursuant to Federal Rule of Civil Procedure

55 is appropriate.

### C. Injunctive Relief

Pursuant to the Lanham Act, a district court is authorized to issue an injunction "according to the principles of equity and upon such terms as the court may deem reasonable," to prevent violations of trademark law. *See* 15 U.S.C. § 1116(a). Indeed, "[i]njunctive relief is the remedy of choice for trademark and unfair competition cases, since there is no adequate remedy at law for the injury caused by a defendant's continuing infringement." *Burger King Corp. v. Agad*, 911 F. Supp. 1499, 1509–10 (S.D. Fla. 1995) (citing *Century 21 Real Estate Corp. v. Sandlin*, 846 F.2d 1175, 1180 (9th Cir. 1988)). Moreover, even in a default judgment setting, injunctive relief is available. *See, e.g., PetMed Express*, 336 F. Supp. 2d at 1222–23. Defendants' failure to respond or otherwise appear in this action makes it difficult for Plaintiff to prevent further infringement absent an injunction. *See Jackson v. Sturkie*, 255 F. Supp. 2d 1096, 1103 (N.D. Cal. 2003) ("[D]efendant's lack of participation in this litigation has given the court no assurance that defendant's infringing activity will cease. Therefore, plaintiff is entitled to permanent injunctive relief.")

Permanent injunctive relief is appropriate where a plaintiff demonstrates that (1) it has suffered irreparable injury; (2) there is no adequate remedy at law; (3) the balance of hardship favors an equitable remedy; and (4) an issuance of an injunction is in the public's interest. *eBay, Inc. v. MercExchange, LLC*, 547 U.S. 388, 392–93 (2006). Plaintiff has carried its burden on each of the four factors. Accordingly, permanent injunctive relief is appropriate.

Specifically, in trademark cases, "a sufficiently strong showing of likelihood of confusion . . . may by itself constitute a showing of a substantial threat of irreparable harm." *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1306 (11th Cir. 1998); *see also Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 986 (11th Cir. 1995) ("There is no doubt that the

continued sale of thousands of pairs of counterfeit jeans would damage LS & Co.'s business reputation and might decrease its legitimate sales."). Plaintiff's Amended Complaint alleges that Defendants' unlawful actions have caused Plaintiff irreparable injury and will continue to do so if Defendants are not permanently enjoined. *See* ECF No. [25]. Further, the Amended Complaint alleges, and the submissions by Plaintiff show, that the goods promoted, advertised, offered for sale, and sold by Defendants are nearly identical to Plaintiff's genuine products. *See id.* "The net effect of Defendants' actions is likely to cause confusion of consumers who will believe all of Defendants' goods offered for sale via Defendants' websites are genuine goods originating from, associated with, and/or approved by Plaintiff." *See* ECF No. [25] at 26.

Plaintiff has no adequate remedy at law so long as Defendants continue to operate the Subject Domain Names because Plaintiff cannot control the quality of what appears to be its products in the marketplace. An award of monetary damages alone will not cure the injury to Plaintiff's reputation and goodwill that will result if Defendants' infringing and counterfeiting actions are allowed to continue. Moreover, Plaintiff faces hardship from loss of sales and its inability to control its reputations in the marketplace. By contrast, Defendants face no hardship if they are prohibited from the infringement of Plaintiff's trademarks, which is an illegal act.

Finally, the public interest supports the issuance of a permanent injunction against Defendants to prevent consumers from being misled by Defendants' products. *See Chanel, Inc. v. besumart.com*, 240 F. Supp. 3d 1283, 1291 (S.D. Fla. 2016) ("[A]n injunction to enjoin infringing behavior serves the public interest in protecting consumers from such behavior."). The Court's broad equity powers allow it to fashion injunctive relief necessary to stop Defendants' infringing activities. *See, e.g., Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1, 15 (1971) ("Once a right and a violation have been shown, the scope of a district court's equitable

powers to remedy past wrongs is broad, for . . . [t]he essence of equity jurisdiction has been the power of the Chancellor to do equity and to mould each decree to the necessities of the particular case." (citation and internal quotation marks omitted)); *United States v. Bausch & Lomb Optical Co.*, 321 U.S. 707, 724 (1944) ("Equity has power to eradicate the evils of a condemned scheme by prohibition of the use of admittedly valid parts of an invalid whole."). District courts are expressly authorized to order the transfer or surrender of domain names in an *in rem* action against a domain name. *See* 15 U.S.C. § 1125(d)(1)(C), (d)(2). However, courts have not limited the remedy to that context. *See, e.g., Philip Morris USA v. Otamedia Ltd.*, 331 F. Supp. 2d 228, 230–31 (S.D.N.Y. 2004) (transferring Yesmoke.com domain name to plaintiff despite the fact that plaintiff did not own a trademark in the term "Yesmoke" and noting that 15 U.S.C. § 1125 "neither states nor implies that an in rem action against the domain name constitutes the exclusive remedy for a plaintiff aggrieved by trademark violations in cyberspace"); *Ford Motor Co. v. Cross*, 441 F. Supp. 2d 837, 853 (E.D. Mich. 2006) (ordering the defendants to disclose all other domain registrations held by them and to transfer registration of a particular domain name to plaintiff in part under authority of 15 U.S.C. § 1116(a)).

Defendants have created an Internet-based counterfeiting scheme in which they are profiting from their deliberate misappropriation of Plaintiff's rights. Accordingly, the Court may fashion injunctive relief to eliminate the means by which Defendants are conducting their unlawful activities by canceling or transferring their Subject Domain Names, assigning all rights, title, and interest to the Subject Domain Names to Plaintiff, and deindexing or delisting the Subject Domain Names from all search engines, such that these means may no longer be used as instrumentalities to further the sale of counterfeit goods.

### D. Statutory Damages for the Use of Counterfeit Marks

In a case involving the use of counterfeit marks in connection with a sale, offering for sale, or distribution of goods, 15 U.S.C. § 1117(c) provides that a plaintiff may elect an award of statutory damages at any time before final judgment is rendered in the sum of not less than $1,000 nor more than $200,000 per counterfeit mark per type of good. 15 U.S.C. § 1117(c)(1). In addition, if the Court finds that Defendants' counterfeiting actions were willful, it may impose damages above the maximum limit up to $2,000,000 per mark per type of good. 15 U.S.C. § 1117(c)(2). Pursuant to 15 U.S.C. § 1117(c), Plaintiff has elected to recover an award of statutory damages as to Count I of the Amended Complaint.

The Court has wide discretion to determine the amount of statutory damages. *See PetMed Express*, 336 F. Supp. 2d at 1219 (citing *Cable/Home Commc'n Corp. v. Network Prod., Inc.*, 902 F.2d 829, 852 (11th Cir. 1990)). An award of statutory damages is appropriate despite a plaintiff's inability to prove actual damages caused by a defendant's infringement. *Under Armour, Inc. v. 51nfljersey.com*, No. 13-62809-CIV, 2014 WL 1652044, at *7 (S.D. Fla. Apr. 23, 2014) (quoting *Ford Motor Co. v. Cross*, 441 F. Supp. 2d 837, 852 (E.D. Mich. 2006) ("[A] successful plaintiff in a trademark infringement case is entitled to recover enhanced statutory damages even where its actual damages are nominal or non-existent.")); *Playboy Enter., Inc. v. Universal Tel-A-Talk, Inc.*, No. CIV.A. 96-6961, 1998 WL 767440, at *8 (E.D. Pa. Nov. 3, 1998) (awarding statutory damages where plaintiff failed to prove actual damages or profits). Indeed, Congress enacted a statutory damages remedy in trademark counterfeiting cases because evidence of a defendant's profits in such cases is almost impossible to ascertain. *See* S. REP. NO. 104-177, pt. V(7) (1995) (discussing purposes of Lanham Act statutory damages); *see also PetMed Express*, 336 F. Supp. 2d at 1220 (statutory damages are "especially appropriate in

default judgment cases due to infringer nondisclosure"). This case is no exception.

This Court may award statutory damages "without holding an evidentiary hearing based upon affidavits and other documentary evidence if the facts are not disputed." *Perry Ellis Int'l, Inc. v. URI Corp.*, No. 06-22020-CIV, 2007 WL 3047143, at *1 (S.D. Fla. Oct. 18, 2007). Although the Court is permitted to conduct a hearing on a default judgment regarding damages pursuant to Fed. R. Civ. P. 55(b)(2)(B), an evidentiary hearing is not necessary where there is sufficient evidence on the record to support the request for damages. *See SEC v. Smyth*, 420 F.3d 1225, 1232 n.13 (11th Cir. 2005) ("Rule 55(b)(2) speaks of evidentiary hearings in a permissive tone . . . We have held that no such hearing is required where all essential evidence is already of record.") (citations omitted); *see also PetMed Express*, 336 F. Supp. 2d at 1223 (entering default judgment, permanent injunction and statutory damages in a Lanham Act case without a hearing).

Here, the allegations in the Amended Complaint, which are taken as true, clearly establish Defendants intentionally copied Plaintiff's Marks for the purpose of deriving the benefit of Plaintiff's famous reputation. As such, the Lanham Act permits the Court to award up to $2,000,000 per infringing mark on each type of good as statutory damages to ensure that Defendants do not continue their intentional and willful counterfeiting activities.

The evidence in this case demonstrates that each Defendant promoted, distributed, advertised, offered for sale, and/or sold at least one (1) type of good bearing and/or using one (1) mark which were in fact counterfeits of at least one of Plaintiff's Marks. *See* ECF No. [25]. Based on the above considerations, Plaintiff suggests the Court award statutory damages of $1,000,000 per mark, per type of good. As each Defendant used at least one counterfeit mark on one type of good, Plaintiff suggests the Court award statutory damages of $1,000,000 against each Defendant. The award should be sufficient to deter Defendants and others from continuing

to counterfeit or otherwise infringe Plaintiff's trademarks, compensate Plaintiff, and punish Defendants, all stated goals of 15 U.S.C. § 1117(c). The Court finds that this award of statutory damages falls within the permissible statutory range under 15 U.S.C. § 1117(c) and is just.

### E.  Damages for False Designation of Origin

Plaintiff's Amended Complaint also sets forth a cause of action for false designation of origin pursuant to § 43(a) of the Lanham Act (Count II). *See* 15 U.S.C. § 1125(a). As to Count II, the allowed scope of monetary damages is also encompassed in 15 U.S.C. § 1117(c). Accordingly, judgment on Count II is limited to the amount awarded pursuant to Count I and entry of the requested equitable relief.

### F.  Damages for Common Law Unfair Competition and Trademark Infringement

Plaintiff's Amended Complaint further sets forth a cause of action under Florida's common law of unfair competition (Count IV) and trademark infringement (Count V). Judgment on Count IV and Count V are also limited to the amount awarded pursuant to Count I and entry of the requested equitable relief.

### IV.   CONCLUSION

Based on the foregoing, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [40],** is **GRANTED** against those Defendants listed in the attached Schedule "A." Final Default Judgment will be entered by separate order.

Case No. 21-cv-62008-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, December 28, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Defendants

Case No. 21-cv-62008-BLOOM/Valle

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME,**
**MERCHANT ID, FINANCIAL ACCOUNT AND E-MAIL ADDRESS**

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 1 | yetidiscount.store | MERVINBAIR | HBKEDPFF3T2A4 | germaynepomona@gmail.com customerservice01@yetioutdoors.com |
| 1 | yetibox.store | | 4TGXGERQR3QQ8 | william1994zzw@gmail.com customerservice01@yetioutdoors.com 463378565@qq.com |
| 1 | yetibrand.shop | MERVINBAIR | UCLDUMU6TZF3J | customerservice01@yetioutdoors.com Chubbstt@aol.com Faye.Norman2j1@discofan.com DixieLowerycde@doramail.com soovainfee1983@gmail.com |
| 1 | yeticooleronline.store | MERVINBAIR | | customerservice01@yetioutdoors.com |
| 1 | yeticoolersus.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetionline.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetionlinediscount.shop | MERVINBAIR | | customerservice01@yetioutdoors.com |
| 1 | yetioutdoorbox.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetioutdoors.online | MERVINBAIR | HBKEDPFF3T2A4 A48WJYRY69NTU | customerservice01@yetioutdoors.com Funion9gj@cheerful.com monicadrowe@gmail.com monicadyerowe@comcast.net |
| 1 | yetioutdoors.store | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 1 | yetius.club | MERVINBAIR | HBKEDPFF3T2A4 | customerservice01@yetioutdoors.com |
| 2 | trswme.com | Futeng llc Xiaoyue llc Qiliang llc | VPWXYV7U8VPUQ 9ZMHS844U3DEE Q85J6JJMK8T8C 6KP9NFJP3CL5Q | gbk5319263771@163.com coshamzhfopgf@gmail.com kuiwenj25@163.com meng78zhibijiangpa@163.com fanyo51315@163.com xn8149011013@163.com yi40822856804@163.com |
| 2 | aajon.com | Maozai llc YOUBAI LLC | TP4G6RNND7U9S GZTGBS9HLP9WS 3G8ZWE7PK6V8S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com jiepin11155@163.com he5049523668@163.com yerz674419@163.com xiying402457@163.com djek618882@163.com |
| 2 | aomcws.com | Weiban llc Wusan llc | 54SBLHJG6MC2A CUYSPTZYHL888 GW7NQZAJN2QNQ | coshamzhfopgf@gmail.com laoli311113@163.com nl57958192@163.com shunhe59555@163.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 2 | aozsci.com | Yaoding llc | RWS9W8V9X8BPN8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com<br>rv8171497883@163.com<br>houmaoshen69@163.com<br>lutan15717@163.com |
| 2 | bsolk.com | Maozai llc | TP4G6RNND7U9S2AVUGMS9R9K5S | coshamzhfopgf@gmail.com<br>jiepin11155@163.com<br>djek618882@163.com |
| 2 | dwbipe.com | Yaoding llc | RWS9W8V9X8BPN8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com<br>rv8171497883@163.com<br>lutan15717@163.com |
| 2 | foybc.com | Xiyan llc | TWWF3V24GY93L2NCRHK48N9YCE | coshamzhfopgf@gmail.com<br>touza73931@163.com<br>oukon93951@163.com |
| 2 | ifvnf.com | Xiyan llc | TWWF3V24GY93L2NCRHK48N9YCE | coshamzhfopgf@gmail.com |
| 2 | narkbt.com | Maozai llc | TP4G6RNND7U9S2AVUGMS9R9K5S | coshamzhfopgf@gmail.com<br>jiepin11155@163.com<br>djek618882@163.com |
| 2 | ncdpz.com | Zhimeng llc | 2NCRHK48N9YCE2NCRHK48N9YCE | coshamzhfopgf@gmail.com |
| 2 | nsbake.com | Maozai llc | TP4G6RNND7U9S2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | obnqo.com | Xiyan llc | TWWF3V24GY93L2NCRHK48N9YCE | coshamzhfopgf@gmail.com |
| 2 | ocaite.com | Yaoding llc | RWS9W8V9X8BPN8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com<br>rv8171497883@163.com |
| 2 | ogpfj.com | Weiban llc | 54SBLHJG6MC2AGW7NQZAJN2QNQ | coshamzhfopgf@gmail.com |
| 2 | onceut.com | Weiban llc<br>Wusan llc | 54SBLHJG6MC2ACUYSPTZYHL888GW7NQZAJN2QNQ | coshamzhfopgf@gmail.com |
| 2 | otwnuc.com | Maozai llc<br>YOUBAI LLC | TP4G6RNND7U9S2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | ouecan.com | Xiaoyue llc<br>Zezhi llc | Q85J6JJMK8T8CXWGY5NFECJE3U9ZMHS844U3DEE | coshamzhfopgf@gmail.com<br>meng78zhibijiangpa@163.com<br>ah61849266@163.com |
| 2 | supoie.com | Xiyan llc<br>Yaoding llc | TWWF3V24GY93LRWS9W8V9X8BPN8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | toaskz.com | Xiyan llc | TWWF3V24GY93L8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | ugfav.com | Maozai llc | TP4G6RNND7U9S2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |
| 2 | wceisu.com | Xiyan llc | TWWF3V24GY93L8ZJ7D6PGRRZSE | coshamzhfopgf@gmail.com |
| 2 | wcumir.com | Maozai llc | TP4G6RNND7U9S2AVUGMS9R9K5S | coshamzhfopgf@gmail.com |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 2 | wusoem.com | Weiban llc | 54SBLHJG6MC2A LP42WLXL6UUTC | coshamzhfopgf@gmail.com laoli311113@163.com shibi97157@163.com |
| 2 | yzxsi.com | Xiaoyue llc | Q85J6JJMK8T8C 9ZMHS844U3DEE | coshamzhfopgf@gmail.com |
| 2 | ziweps.com | Weiban llc | 54SBLHJG6MC2A LP42WLXL6UUTC | coshamzhfopgf@gmail.com |
| 2 | zmecuo.com | YOUBAI LLC | 3G8ZWE7PK6V8S 2AVUGMS9R9K5S | coshamzhfopgf@gmail.com djek618882@163.com |
| 2 | zylqc.com | Songlian llc | YN9XXTVUYCSLQ 9ZMHS844U3DEE | coshamzhfopgf@gmail.com cumei435249@163.com |
| 2 | xwtzt.com | Jinxiu llc 历城区端若百货店 | 4EREAZU7CJBJC 8FU8BHQ52G4E4 | coshamzhfopgf@gmail.com zechao3283zhane@163.com nr5974040shigua@163.com |
| 2 | tncxib.com | Haoyu llc | XWKTHWGG3N3CE | coshamzhfopgf@gmail.com qing7039833p@163.com |
| 2 | eozas.com | LUONU LLC | 2EVDC7SBL6QQA | coshamzhfopgf@gmail.com aeec36111@163.com |
| 2 | fnwkq.com | Yuji llc | YUKQ7UJX8VJEN | jiehan351197@163.com coshamzhfopgf@gmail.com |
| 3 | umtnx.com | Yuji llc | YUKQ7UJX8VJEN | nadagzhccz@gmail.com |
| 3 | knprvo.com | Chengfu llc | EKLAAFSH3VGTW | nadagzhccz@gmail.com ognr7497@163.com |
| 4 | loven.shop | 北京故宫文化创意有限公司 | B78BFJ5P6752Q | Dar.Laval@mail.com Customerservice@teheh.com |
| 4 | lullriaby.com | | N69532YFNZABU | Miguelin.Mcask@mail.com Customerservice@teheh.com |
| 4 | moriling.shop | | N69532YFNZABU | Miguelin.Mcask@mail.com Customerservice@teheh.com |
| 4 | shevme.com | | CBVECY4ZNLP94 | GayleIgin@mail.com Customerservice@teheh.com |
| 4 | imaginetime.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com Sherr.Tay@mail.com Ine.Corneli@mail.com |
| 4 | live-oak.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com Sherr.Tay@mail.com Ine.Corneli@mail.com |
| 4 | long-view.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com Customerservice@teheh.com Sherr.Tay@mail.com Ine.Corneli@mail.com |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 4 | miraclelovely.com | | PK7HSXQJHUFVC | Catri.Ane@mail.com<br>Customerservice@teheh.com<br>Sherr.Tay@mail.com<br>Ine.Corneli@mail.com |
| 4 | snipehappy.com | | PK7HSXQJHUFVC | Catri.Ane@mail.com<br>Customerservice@teheh.com<br>Sherr.Tay@mail.com<br>Ine.Corneli@mail.com |
| 4 | your-love.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com<br>Customerservice@teheh.com<br>Sherr.Tay@mail.com<br>Ine.Corneli@mail.com |
| 4 | just-right.shop | | PK7HSXQJHUFVC | Catri.Ane@mail.com<br>Sherr.Tay@mail.com<br>Ine.Corneli@mail.com |
| 4 | paralovely.com | | PK7HSXQJHUFVC | Catri.Ane@mail.com<br>Customerservice@teheh.com<br>Sherr.Tay@mail.com<br>Ine.Corneli@mail.com |
| 5 | yt.jicwo.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | DavidopScurlock@outlook.com<br>Eatrading@hotmail.com |
| 5 | dteqpe.shop | | QKELYPN4VCPT2 | MihaelabnMorency@outlook.com<br>Eatrading@hotmail.com |
| 5 | yt.hefiw.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | Eatrading@hotmail.com |
| 5 | yt.hywwn.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | Eatrading@hotmail.com |
| 5 | yt.smduu.shop | Shanghai Fanhui Bonsai CoLTD | AHHTDKSBL2VN4 | Eatrading@hotmail.com |
| 5 | sywzjb.shop | Tonggu Hui Xie Hua Department Store | LS9PSG7PHC6LE | Eatrading@hotmail.com<br>StevetyOdum@outlook.com |
| 5 | bkjtai.shop | Tonggu Hui Xie Hua Department Store | LS9PSG7PHC6LE | Eatrading@hotmail.com<br>StevetyOdum@outlook.com |
| 5 | wjrfxo.shop | Guangzhou Ailey Technology CoLTD | 3DBZMG4EAQ9H2 | Eatrading@hotmail.com<br>elvianmrubio@outlook.com |
| 6 | iwetnz.com | Dusi llc    Naqi llc | C9JXKBMRCLVRG<br>9ZMHS844U3DEE<br>9S87WR96N34UN | mao95806123c@163.com<br>geraldeuwagcz@gmail.com<br>fanyo51315@163.com<br>fenbei99377@163.com |
| 6 | mzucoe.com | Naqi llc | 9S87WR96N34UN<br>9ZMHS844U3DEE | geraldeuwagcz@gmail.com |
| 7 | mtaesn.com | Tianshi llc | NJ6HRLPMF6R7J<br>VLQXT9C8CFJQC | bei1300018pin@163.com<br>kaiwenrakayakb@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| | | | | buru5872862@163.com<br>fanle55179@163.com |
| 7 | nwhvp.com | 岳阳县侑迪百货店 | LCMJR8N3F7W2L2AVUGMS9R9K5S | kaiwenrakayakb@gmail.com<br>samg6640056@163.com |
| 7 | rmskv.com | Chaoyue llc | 38YNPHGGHEVSYVLQXT9C8CFJQC | kaiwenrakayakb@gmail.com<br>qjb514429887@163.com<br>diao88016723838@163.com |
| 7 | losgv.com | 历城区端若百货店<br>Feishi llc | VTKMUDXUX5JYW | kaiwenrakayakb@gmail.com<br>congluan321dudang@163.com |
| 7 | okneb.com | Manyue llc | YXBWS3HCLDXTQ | kaiwenrakayakb@gmail.com<br>fdgf350076@163.com |
| 8 | crush-you.shop | | CS9G6AGAFGYLN | Da.Lando@mail.com<br>sungoddesign@gmail.com |
| 8 | dream-lover.shop | | CS9G6AGAFGYLN | Da.Lando@mail.com<br>sungoddesign@gmail.com |
| 8 | sincerely-friends.shop | | CS9G6AGAFGYLN | Da.Lando@mail.com<br>sungoddesign@gmail.com |
| 9 | yt.atknyi.shop | Shanghai Jiangxian Network Technology Co LTD | WTXYQRED7HRBU | ScottftPage@outlook.com |
| 9 | yt.rurxhv.shop | Shanghai Jiangxian Network Technology Co LTD | WTXYQRED7HRBUPPZNY49R26B5N | ScottftPage@outlook.com<br>teresafsparzygnat@hotmail.com |
| 9 | yt.uomkhy.shop | Shanghai Jiangxian Network Technology Co LTD | WTXYQRED7HRBU | ScottftPage@outlook.com |
| 9 | yt.xpivrh.shop | Shanghai Jiangxian Network Technology Co LTD | WTXYQRED7HRBU | ScottftPage@outlook.com |
| 10 | duoqea.com | NEIMENGGUSH LTD | YX92S3YFNFCPLYE9AZU2EX6BQY | greatsalept004@outlook.com<br>hngenrcaljdu@outlook.com<br>kfzetse697@outlook.com |
| 10 | qucnc.com | SHAJIJIEJIE LTD | DY2Z2X3FZ5USGFP28DPC6RB6MU | greatsalept004@outlook.com<br>pgmepasqx@outlook.com<br>neivahvbjqkb@outlook.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 11 | boudfd.shop | Zhenghui llc | PDJ38Z3W2K82L | schroedergqjpl11@gmail.com |
| 12 | ncasls.shop | Zhenghui llc | PDJ38Z3W2K82L | |
| 13 | eootop.com | 海宁市丁桥镇秀凝服饰商行 | NNV2KKVBSN8QC | adkinsspencer969218@gmail.com creelwnsdkb@gmail.com |
| 14 | hasika.shop | Datong llc | GAENY3VR4MKVG | janetsmppq16@gmail.com |
| 15 | softkudos.com | 安徽方元电子商务有限公司 | PVJY6RH8MAFJE | 1440736896@qq.com musherovroma@gmail.com |
| 16 | ygonmall.com | | TQEZNH34JQ4X6 JNRMNJ54MNGQU | rotecthreioa@163.com zhangjunjiepo@126.com |
| 17 | avhonda.com | | JTG82R82Q4X32 | quvwd6858yat@163.com shoppingservice689@gmail.com daibudjhgf401@163.com KellyNicholasbVwM@yahoo.com |
| 18 | cconline.top | Online Store TANA HERNANDEZ | FGQAQ3VB6XYMU | kq70collinsrenata@gmail.com leonardnegative77893658@gmail.com notifications@ecwid.com |
| 19 | chgong.shop | Last day low price promotion | 8YABAPULMZLDC 2NHTGV8LZFWUG | watermanjohnsonhbh@gmail.com TorreycvMoore@outlook.com |
| 20 | moon.lay-tw.top | Leslie Marks | 4SRVQD43DKFX6 7BSBGXC7GJA4N | fisherjeremiah021@gmail.com stevenjeparker@outlook.com |
| 21 | teti-store.com | 3594 chemin Georges caitlyn miller Carly Backen Barry Chappell Theola Lee Kayoung Kate Yoo Peter Sampson Raneen Mazin Mona Lisa Belle Leong Nadia Azmi Nanthini Soyabalu Christina Tan Suji Sujithra Azza Fatin Premalatha Murugan Cherry Viernes Kagn Khoia | S7L5R5SUQKSZ8 N4WG62PKRD7R6 QFYSHUV9FQ2LW Q2LFV7Q67NFQA SR2CASBAM6BB4 KQFK5XFTBJW6A G5DXGMXD8CZHJ 2A6FV37AWK46Y TBKYZSRY2Z3MU YY2K5ZTQUW5D2 XEPCKQP75SQD6 GXQKW38FWV9MA 5ULSMR5YAQ948 FG4C9CZPGGYRU DHKYTD4CVB9RE RHAXGG7ZT5BNA SQKXMQ482NWXE LW3M3YG6YTNVJ 5ZP44HVNN39GY KMC3T7LSCK6XJ VGJGW32CDFJRN ZQVM2WXZP7LKL | keystesvlim@hotmail.com lecheecdm@hotmail.com stevenjeparker@outlook.com chmtswvraem@hotmail.com gildurcurtis@gmail.com drewata13@gmail.com lichabigail@gmail.com wwnnjapgrhkg@hotmail.com adawn6505@gmail.com donaldrobertbrandy@gmail.com allisonwraithking@gmail.com clinkznunuwillump@gmail.com qqguaegqjkzbtnsmy@hotmail.com neuntraciej28@gmail.com mariamdeclan7@gmail.com qvstokbifvs@hotmail.com ejydgpwydahrhmk@hotmail.com grantvchenkosheila@gmail.com antonioaimeemuelta@gmail.com sennatwistedfate81@gmail.com fiorawilsonbarbara@gmail.com kkjzwideexhyra@hotmail.com |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| | | Brandon chua Valerie Taylor | 7BSBGXC7GJA4N | msvsjhwjjll@hotmail.com rodneyashleighdonna@gmail.com xinzhaokristina@gmail.com amynyxnathan@gmail.com kytnyfmeluqd@hotmail.com jeromeignisethan@gmail.com eejkjnjtyxayshvrynm@hotmail.com jodijushuajr@gmail.com jongracheltrisha@gmail.com bryantherock72@gmail.com tzyejthlmaapmoj@hotmail.com |
| 22 | hasal.buzz | | TZX6FAPKH9FSY | Stormy-Stezhko@mail.com d4184820@sina.com CONTACT2@TOKJINYU.COM |
| 23 | tespecifut.com | TIANBO LLC | QBVJAHY2N3UJ6 | zyanawdanaisha@gmail.com xueronghua354@163.com |
| 24 | walmarrt.shop | Online Store / QUANG PHAM | UJGXE9UXXU3FN | otfjpirmsb@hotmail.com remov031679@gmail.com |
| 25 | wingzoi.com | Hubei Zhenying Electronic Technology Co., Ltd. | AWGGC622V84J6 | contact@cooluoso.com almagarcia@acorarose.com |
| 26 | poceters.tw | | | customer@serviceremail.com |
| 26 | yeticooler.store | | | customer@serviceremail.com |
| 26 | miniyeticooler.top | | | customer@serviceremail.com |
| 27 | outletyeti.com | | | SportWellDone@gmail.com |
| 28 | yetishoping.com | | | SportWellDone@gmail.com ADitallmallB@gmail.com |
| 28 | yetishopps.com | | | ADitallmallB@gmail.com SportWellDone@gmail.com |
| 29 | yetiecooler.com | | | |
| 29 | yeticoolerusa.com | | | |
| 30 | yetishopuk.com | | | customer@topvipservice.com |
| 31 | yetiuscoolers.com | | | |
| 32 | nayeti.top | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | nayetisales.site | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | nayetishopsilo.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | nayetisilo.club | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | usyeti.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeti.top | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticooler.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticooler.shop | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticooler.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticoolers.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyeticoolerss.cc | | | support@bazargeneral.com |
| 32 | usyetisales.site | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyetishop.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | usyetishops.site | | | contact2@tokjinyu.com support@servicelivework.com |
| 32 | usyetishops.top | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | yetiai.shop | | | contact2@tokjinyu.com |
| 32 | yeticooler.site | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersale.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersale.online | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersale.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersales.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolersales.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolershop.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yeticoolerssales.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | yeticoolerssales.shop | | | contact2@tokjinyu.com support@servicelivework.com |
| 32 | yeticoolerssales.site | | | contact2@tokjinyu.com |
| 32 | yeticteeys.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiinsale.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiinstore.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetimx.shop | | | CONTACT2@TOKJINYU.COM |
| 32 | yetionlinee.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetionlinel.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetionlinett.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisale.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisalede.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisalelk.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisaler.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisaleus.club | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisaleus.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetishopti.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetishopto.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetistorell.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetistoretu.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetisueusd.cc | | | contact2@tokjinyu.com support@servicelivework.com |
| 32 | yetitosale.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetitravel.top | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | yetitt.top | | | contact2@tokjinyu.com |
| 32 | yetiusale.online | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiusale.shop | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiuscooler.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiuscoolers.cc | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiuscoolers.website | | | SUPPORT@BAZARGENERAL.COM contact2@tokjinyu.com |
| 32 | yetiusonl.site | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiussales.online | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiussales.website | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiussaless.online | | | contact2@tokjinyu.com SUPPORT@BAZARGENERAL.COM |
| 32 | yetiww.cc | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | yetiyeti.shop | | | contact2@tokjinyu.com |
| 32 | yetiyeti.top | | | contact2@tokjinyu.com |
| 32 | yetiyour.cc | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | yetiys.shop | | | contact2@tokjinyu.com |
| 32 | yetiyy.top | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | yyetti.top | | | contact2@tokjinyu.com |
| 32 | bhjas.buzz | | | contact2@tokjinyu.com |
| 32 | boxshop.top | | | contact2@tokjinyu.com |
| 32 | fashbag.store | | | CONTACT2@TOKJINYU.COM |
| 32 | ferula.top | | | CONTACT2@TOKJINYU.COM |
| 32 | findli.top | | | contact2@tokjinyu.com |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | goupup.top | | | contact2@tokjinyu.com |
| 32 | homai.buzz | | | contact2@tokjinyu.com |
| 32 | jkwis.buzz | | | contact2@tokjinyu.com |
| 32 | kongzi.best | | | contact2@tokjinyu.com |
| 32 | laozi.shop | | | contact2@tokjinyu.com |
| 32 | luisr.top | | | contact2@tokjinyu.com |
| 32 | luxun.shop | | | contact2@tokjinyu.com |
| 32 | lywdas.top | | | contact2@tokjinyu.com |
| 32 | mountaim.top | | | contact2@tokjinyu.com |
| 32 | nuona.shop | | | contact2@tokjinyu.com |
| 32 | nzlis.buzz | | | contact2@tokjinyu.com |
| 32 | ousala.top | | | contact2@tokjinyu.com |
| 32 | outdoorcc.shop | | | contact2@tokjinyu.com |
| 32 | outdoorct.shop | | | contact2@tokjinyu.com |
| 32 | outdoormn.shop | | | CONTACT2@TOKJINYU.COM |
| 32 | outdoorpz.shop | | | contact2@tokjinyu.com |
| 32 | outdoorqv.shop | | | contact2@tokjinyu.com |
| 32 | outdoorts.shop | | | contact2@tokjinyu.com |
| 32 | outdoorxs.shop | | | contact2@tokjinyu.com |
| 32 | outdoorz.shop | | | contact2@tokjinyu.com |
| 32 | qassd.top | | | contact2@tokjinyu.com |
| 32 | uijsa.top | | | contact2@tokjinyu.com |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 32 | usyiout.top | | | contact2@tokjinyu.com SUPPORT@SERVICELIVEWORK.COM |
| 32 | yeuaot.top | | | contact2@tokjinyu.com |
| 32 | yirsa.top | | | contact2@tokjinyu.com |
| 32 | yttrt.top | | | contact2@tokjinyu.com |
| 32 | nisaw.buzz | | | CONTACT2@TOKJINYU.COM |
| 33 | lfindmall.com | | | contact4@tokjinyu.com |
| 33 | lgirlmall.com | | | contact4@tokjinyu.com |
| 34 | ngsee.com | | | contact5@tokjinyu.com |
| 34 | dguaao.com | | | contact5@tokjinyu.com |
| 34 | ibotme.com | | | contact5@tokjinyu.com |
| 35 | azescb.com | | | coshamzhfopgf@gmail.com |
| 35 | bomswy.com | | | coshamzhfopgf@gmail.com |
| 35 | bteknv.com | | | coshamzhfopgf@gmail.com |
| 35 | dwgivo.com | | | coshamzhfopgf@gmail.com |
| 35 | ibaedm.com | | | coshamzhfopgf@gmail.com |
| 35 | iceknd.com | | | coshamzhfopgf@gmail.com |
| 35 | igumos.com | | | coshamzhfopgf@gmail.com |
| 35 | ikegcv.com | | | coshamzhfopgf@gmail.com |
| 35 | iunsw.com | | | coshamzhfopgf@gmail.com |
| 35 | izwcm.com | | | coshamzhfopgf@gmail.com |
| 35 | kzwdtm.com | | | coshamzhfopgf@gmail.com |
| 35 | nmbczt.com | | | coshamzhfopgf@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 35 | ocswmz.com | | | coshamzhfopgf@gmail.com |
| 35 | oifys.com | | | coshamzhfopgf@gmail.com |
| 35 | puzdr.com | | | coshamzhfopgf@gmail.com |
| 35 | temwsi.com | | | coshamzhfopgf@gmail.com |
| 35 | tkdoci.com | | | coshamzhfopgf@gmail.com |
| 35 | tnabke.com | | | coshamzhfopgf@gmail.com |
| 35 | treobn.com | | | coshamzhfopgf@gmail.com |
| 35 | tznio.com | | | coshamzhfopgf@gmail.com |
| 35 | vwgec.com | | | coshamzhfopgf@gmail.com |
| 35 | wbcasy.com | | | coshamzhfopgf@gmail.com |
| 35 | weikvu.com | | | coshamzhfopgf@gmail.com |
| 35 | wlnaq.com | | | coshamzhfopgf@gmail.com |
| 35 | xzuac.com | | | coshamzhfopgf@gmail.com |
| 35 | zmtuo.com | | | coshamzhfopgf@gmail.com |
| 35 | zrkwt.com | | | coshamzhfopgf@gmail.com |
| 35 | ztemyw.com | | | coshamzhfopgf@gmail.com |
| 36 | bikosw.com | | | kaiwenrakayakb@gmail.com |
| 36 | bzitva.com | | | kaiwenrakayakb@gmail.com |
| 36 | keysnb.com | | | kaiwenrakayakb@gmail.com |
| 36 | kzmwiu.com | | | kaiwenrakayakb@gmail.com |
| 36 | mzowsa.com | | | kaiwenrakayakb@gmail.com |
| 36 | ybkoet.com | | | kaiwenrakayakb@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 36 | wbomyt.com | | | kaiwenrakayakb@gmail.com |
| 37 | dwzumt.com | | | nadagzhccz@gmail.com |
| 37 | enmtw.com | | | nadagzhccz@gmail.com |
| 37 | hseyl.com | | | nadagzhccz@gmail.com |
| 37 | imwxe.com | | | nadagzhccz@gmail.com |
| 37 | kmnbts.com | | | nadagzhccz@gmail.com |
| 37 | mckabz.com | | | nadagzhccz@gmail.com |
| 37 | nozmwa.com | | | nadagzhccz@gmail.com |
| 37 | ogzwti.com | | | nadagzhccz@gmail.com |
| 37 | rkiys.com | | | nadagzhccz@gmail.com |
| 37 | smtnaw.com | | | nadagzhccz@gmail.com |
| 37 | swxtz.com | | | nadagzhccz@gmail.com |
| 38 | cotneb.com | | | sudworthuaetsda@gmail.com |
| 38 | eobtnz.com | | | sudworthuaetsda@gmail.com |
| 38 | meuxt.com | | | sudworthuaetsda@gmail.com |
| 38 | tvczkn.com | | | sudworthuaetsda@gmail.com |
| 38 | uateo.com | | | sudworthuaetsda@gmail.com |
| 38 | unokwm.com | | | sudworthuaetsda@gmail.com |
| 38 | uovktg.com | | | sudworthuaetsda@gmail.com |
| 38 | uwtvei.com | | | sudworthuaetsda@gmail.com |
| 38 | wfgvc.com | | | sudworthuaetsda@gmail.com |
| 38 | zbwmea.com | | | sudworthuaetsda@gmail.com |

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 38 | zkditn.com | | | sudworthuaetsda@gmail.com |
| 39 | blueereen.com | | | zyanawdanaisha@gmail.com |
| 39 | dissmanne.com | | | zyanawdanaisha@gmail.com |
| 40 | outdoorb.shop | | | abuse@company.site;   help@YETlus.com |
| 40 | outdoorkn.shop | | | ecommerce@YETLus.com help@YETlus.com |
| 40 | outdoorhm.shop | | | ecommerce@YETLus.com |
| 41 | all-love.shop | | | Customerservice@teheh.com |
| 42 | argsaret.com | | | jaidynterrenceupwv@gmail.com |
| 43 | coolerss.cc | | | |
| 44 | dylei.shop | | | |
| 45 | discountel.club | | | storeroomester.rp46652@gmail.com |
| 46 | fooutdoor.com | | | kiahjazara71@gmail.com |
| 47 | hibernier.com | | | |
| 48 | hywwn.shop | | | Eatrading@hotmail.com |
| 49 | jinchuan22.com | | | |
| 50 | mitduc.com | | | talangtvgch@gmail.com |
| 51 | nxbjyy.com | | | |
| 52 | outdoornc.shop | | | |
| 53 | salediscount.club | | | manelydfrans@gmail.com |
| 54 | shopifyy.site | | | |
| 55 | swoarey.com | | | contact@jadekick.com |
| 56 | tikrb.top | | | buizoraidaoi85@gmail.com |

Case No. 21-cv-62008-BLOOM/Valle

| Def. No. | Defendant / Subject Domain | Payee | Merchant ID | Financial Account Information / E-mail Address |
|---|---|---|---|---|
| 57 | tsun.run | | | service008@mjcontactforhelp.com service024@mjcontactforhelp.com |
| 58 | vdscxsd.xyz | | | 17056371591@163.com |
| 59 | watchatjoy.com | | | |
| 60 | watcheckle.com | | | |